ROBERT MACKAY (192423)
Robert.MacKay@nlrb.gov
BRYAN LOPEZ (306158)
Bryan.Lopez@nlrb.gov
STEPHANIE CAHN (189277)
Stephanie.Cahn@nlrb.gov
NEIL WARHEIT (133218)
Neil.Warheit@ nlrb.gov
WILLIAM M. PATE (45734)
National Labor Relations Board
Region 21
888 South Figueroa Street, Ninth Floor
Los Angeles, CA  90017-5449
Telephone: (619) 821-3329
Facsimile: (213) 894-2778
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. COWEN, Regional Director of Region 21 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, <br><br> Petitioner, <br><br> v. <br><br> JACMAR FOODSERVICE DISTRIBUTION, <br><br> Respondent. | Civil No. 2:17-CV-03929 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> Judge:  Honorable Dolly M. Gee <br><br> Courtroom:  8C, 8th Floor, First Street Courthouse <br><br> No hearing date requested |

- 1 -

## Background

1. On May 25, 2017, Petitioner William B. Cowen, Regional Director of Region 21 of the National Labor Relations Board (herein NLRB), for and on behalf of the NLRB, petitioned the Court for a temporary injunction in this matter under 29 U.S.C. Sec. 160(j)(herein Petition), pending final determination of the charges filed with the NLRB by Food, Industrial & Beverage Warehouse, Drivers and Clerical Employees, Teamsters Local 630, International Brotherhood of Teamsters (herein Union), against Jacmar Foodservice Distribution (herein Respondent).

2. On June 2, 2017, Respondent filed its Opposition to the Petition.

3. On June 9, 2017, Petitioner filed its Reply to Respondent's Opposition to the Petition.

4. A hearing before the Court regarding the Petition is currently scheduled for June 23, 2017.

## Recent developments

5. On June 20, 2017, Respondent entered into an NLRB informal settlement agreement resolving the Section 8(a)(1) and (3) unfair labor practice allegations in the underlying administrative proceeding before the NLRB. On June 21, 2017, the Union entered into the same informal settlement agreement. On June 21, 2017, the Regional Director of Region 21 of the NLRB approved the informal settlement agreement.

## Discussion

6. The informal settlement agreement signed by all relevant parties renders the Petition moot.

///

///

///

## Conclusion

7. Accordingly, and under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action, with prejudice. Each party is to bear its own fees and costs.

Respectfully submitted,

Dated: 6/21/17

By: _____
Robert MacKay, Field Attorney
Attorney for Petitioner
National Labor Relations Board

Dated: 6/21/17

By: _____
Robert K. Carrol, Attorney at Law
Attorney for Respondent
Jacmar Foodservice Distribution

- 3 -